IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WEST VIRGINIA HIGHLANDS
CONSERVANCY, INC.,

    Plaintiff,

v.
                                        Civil Action No. 2:06CV11
                                                 (STAMP)

DIRK KEMPTHORNE,
Secretary of the Interior,

    Defendant.

**ORDER GRANTING THE SECRETARY OF THE INTERIOR'S
MOTION FOR LEAVE TO FILE A RESPONSE AND
GRANTING WEST VIRGINIA HIGHLANDS CONSERVANCY, INC.'S
MOTION FOR LEAVE TO FILE A SURREPLY**

On March 28, 2007, the defendant, the Secretary of the Interior ("the Secretary"), filed a "Motion for Leave to File a Response Memorandum" in the above-styled civil action. On April 16, 2007, the Conservancy filed a "Response to the Secretary's Motion for Leave to File a Response and a Motion for Leave to File a Surreply Memorandum." This Court observes that both parties have already filed the memoranda for which they sought leave to file and hereby GRANTS both motions.

    IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:   September 20, 2007

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE